THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 Francisco
 Dimas, Petitioner, 
 v.
 State
 of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal from Spartanburg County
J. Derham Cole, Trial Judge
Doyet A. Early, III, Post-Conviction Relief Judge

Unpublished Opinion No. 2009-UP-098
Submitted February 2, 2009  Filed February 24, 2009

APPEAL DISMISSED

 
 
 
 Appellate
 Defender Eleanor Duffy Cleary, for Petitioner.
 Attorney
 General Henry D. McMaster, Chief Deputy Attorney John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Prentiss
 Counts, all of Columbia, for Respondent.  
 
 
 

PER
 CURIAM:  Petitioner seeks a writ of certiorari from
 the denial of his application for post-conviction relief (PCR).  
Because
 there is sufficient evidence to support the PCR judge's finding that Petitioner
 did not knowingly and intelligently waive his right to a direct appeal, we grant certiorari and proceed with a review
 of the direct appeal issue pursuant to Davis v. State, 288 S.C. 290, 342
 S.E.2d 60 (1986).
After
 a thorough review of the record and counsel's brief, pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss[1] Petitioner's appeal and grant counsel's motion to be
 relieved.
APPEAL
 DISMISSED. 
HEARN, C.J.,
PIEPER and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.